In the United States District Court
For the Southern District of Illinois

Charles M. Everett,
  plaintiff

16-648-DRH-DGW

v

Herndon, District Judge
  defendant

On May 23, 2016 striking the plea (see Amendola v Bayer, 907 F.2d 760, 765 n. 4 (7th Cir. 1990), whereas by Herndon, District Judge, ruling Kanne (Cain, Brian Matthews 808 82nd St)(see Amendoia v Bayer, 907 F.2d 760, 765 n. 4 (7th Cir 1990) breached an oral agreement in the FBI v Deborah Gardner, and Douglous Oliver, breaching his fiduciary duty to Desk of Best Western Motel Everett v U.S. Army (see Haymore C discharge fromm the U.S. Navy) see Vulture Alley E. St. Louis Winstanley) Kanne Circuit Judge in favor summary judgment in favor of Bayer whereas by Judge Kelley in reference #2009-02497, A. Hubbard v Kenneth A. Halles Jr MD closed July 27, 2009 (see policeman E. St. Louis Ward v FBI)(see Cain B. Matthews v FBI) whereas by Rule 59(e) New trial; altering or Amending a Judgment (see 1st Amendment

of the Constitution freedom of Speech; Church v State Thomas Jefferson Wall of Seperation to the Baptist Association in (Conn) in Lyrics to hit song Seperation by Wall Church v State (see Rule 60 (b) Relief from a Judgment or Order see R. Bland medical records 060824, and see Chestnuts Health Systems May 16, 2016 Lab Order Sheet V. Powers, and also see Chestnuts Mitigation of breach of (PHI) on January 16, 2015.

Whereas on May 7, 1987 in a E. St. Louis Courtroom Corliss Childress (police) represents going undercovers with Complainant at her 1398 Walnut address, and again at her 1313 Walnut address, whereas May 7, 1987, Dr Cengiz Sumer intentionally gives up his rights to the 5th Amendment, and In May 7, 1987 intentionally not charting in medical record 236985, testifying the Allon State Mental Hospital Judge being ruled in favor violating the Complainants 6th Amendment, and 14th due process clause (see Suttles v. Vogel, 126 Ill 2d 184, 127 Ill Dec 819, 822-23, 533 N.E. 2d 901 904-05 (1988)

Charles M. Everett
June 15, 2016

Notary on back. →

State of Illinois
County of St. Clair

Signed and sworn (or affirmed) to before me on 15th day of June 2016 (date) by Charles M. Everett
(name of person making statement).

(seal)

_Sheila M. Black_
signature of notary public

"OFFICIAL SEAL"
SHEILA M. BLACK
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES MAR. 23, 2020