(P1)

In the United States District
Court For the Southern District of Illinois

No. 16-cv-00506-DRH-PMF
CME

Charles M. Everett
plaintiff

No. 3:16-cv-00648-DRH-DGW

v

United States district judge (138253)
District Judge, Herndon

Plaintiff is asking to have judgement
reopened Rule 59(e) [former] Equity Rule 69
(Petition for Rehearing) Case Number 3:16-cv-0064
8-DRH-DGW striking May 23, 2016 (see Harold
Shipman v Preston Crown Court) by defendant
Herndon v Everett 3:16-cv-00648-DRH-DGW
15(a) Amendment and Supplemental Pleading
Amendments Before Trial, whereas by
Docket Text; Notice of Judge David R.
Herndon, and Magistrate Judge Donald G.
Wilkerson in 3:16-cv-00648-DRH-DGW Everett
v Judge Herndon (see Preston Crown Court
prosecution v Harold Shipman, whereas by
Rule 60(b) Relief from a Judgment Order
On
Motion and just terms, the Court may relieve

a party or its legal representative from a final judgment, order, or proceeding for the following reason

whereas by in Docket Text:
Notice of Judge Assignment, Judge David R. Herndon; and Magistrate Judge Donald G. Wilkerson assigned 3:16-cv-00648-DRH-DGW Everett v Herndon (see caught 2000 Harold Shipman v Preston Crown Court prosecutors in playing "God" In God we trust" the giver of life and death" also see Social Security Administration

Retirement, Survivors, and Disabilities Insurance

Claim Number: 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 HCl December 2000

$$1900$$
$$\times 36$$
$$11\ 400$$
$$57\ 00$$
$$68,400$$

whereas by in Docket Text:
Notice of Judge Assignment,

Judge David R. Herndon (138253) V. Powers injection by Nancy Smith on May 5, 1987 in the alimentary canal, which is a tube, whereas by a non-vertebrate which by in

P3

bilaterian animals (Arachinds)
(including humans.)
transfer food to the digestion organs
whereas by in (138253) Imani Brown (underdog
ring with a pill of
Cellulose

– n –

Rayon
(see March

1995
Sarin Gas
in
a
Toykyo
Subway
(nerve gas.
see Collinsville Housing
Pamela Watson
500.00 signing check
see
Bank of Edwardsville
500.00 cashing check
for, and spent at
Sams, whereas
receipt
whereas Imani Brown (underdog
pill of Cellulose in Rayon,
any with in newely acquired Blue Nissan Altima
transporting toiletries, and (P.H.I.) Protected

Health Information (236985 of Kenneth Hall Regionals), and Office 60824 of Dr Bland) of Illinois Department of Financial and Professional Regulations of a Lead (acetate) with a distinctive marking on fist 1 fifth of a suger enough to kill, marked on Gilbert Bernsid Croom (wittnessed by Dino Fennoy) in the diagnosis of Gilbert Bernard Croom of Symptoms Vomiting, Stomach Pain, diarrhea, Coma

Affects Brain, Circulation, and liver whereas

by Charles M. Everett by pell grants Meletary psychiatrist major at Harris Stowe Teachers College, Texas Southern University, and Lincolnland Community College,

whereas by evaluated at MEPS by a Military Psychiatrist. Mildred Louise Business College Clerical Certificate of Department  Whereas by being a toxic agent  4 of Justice

lead (acetate) a fifth of sugar. whereas by a Sarin Gas v Gilbert B. Croom v.

Scott Air Force Base, and Ft. Leonard Wood Mo.

Plaintiff is asking to have judgment reopened Rule 59(e) [former] Equity Rule 69 (Petition for Rehearing) see Preston Crown Court prosecution v Harold Shipman,

whereas by Rule 60(b) Relief from a Judgment Order

on

Motion and just terms the Court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reason

(see Preston Crown Court prosecution v Harold Shipman

caught in 2000, playing "God" (In God We Trust, Ben Franklin) — the giver of life or death

; also see Retirement, Survivors and Disabilities Insurance

Claim Number 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 HCI December 2000

$$
\begin{array}{r}
\overset{5}{1900} \\
\times\ 36 \\
\hline
11,400 \\
57\ \ 00 \\
\hline
68,400, \\
\end{array}
$$

whereas by see V. Powers (138253) Imani (underdog," ring with a pill of Cellulose-n-Rayon (see March 1995 Sarin Gas in a Subway

P6

in Tokyo ("Terri Sweet Polly pure-bread") PHS on January 16, 2015 see (138253)

in May 5, 1987, Nancy Smiths' ingestion in Complaintants

alimentary canal, whereas

by a non-vertibrate

which by in bilaterian animals (Arachinds)

(including humans) (see St. Mary's of St. Mary's Hospital v people of the State of Illinois); also see Kenneth Hall Regional Hospital v people of the State of Illinois) see Dale Tunstall v people of the State of Illinois; also see Charles Blackmon v The United States District Court For the Southern District of Illinois

in judge David R. Herndon, defendant, playing God "In God we trust" the giver of life and death in defending self David R. Herndon in

Docket Text:

Notice of Assignment Judge David R. Herndon, and Magistrate Judge Donald G. Wilkerson assigned 3:16-cv-00648-DRH-DGW, Herndon v Herndon

again see caught 2000 Harold Shipman v Preston Crown Court prosecutors in

Harold Shipman playing "God" in God we trust
the giver of life or death; also
                          see Retirement
Survivors and Disabilities Insurance
                                    Claim
Number
        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 HC1 December 2000
                                    1900
                                 x    36
                                 11,400
                                 57 00
                                 68,400
                                    Whereas
by see V. Powers (138253), and Imani Brown
(underdog" ring with a pill of Cellulose-n-Rayon
(see March 1995 Sarin Gas in a Subway En
Tykyo (Terri Sweet Polly puse-bread) PHI on
Protected health information see (138253) January 16, 2015 Mitigate of Bread
                          in May 5, 1987, Nancy
Smiths' injection in Complaintants
                          alimentry
Canal, whereas by a non-vertibrate
                          which by
in bilaterian animals (Arachinds) including
humans
          (see Illinois Department of Financial
and Professional Regulations case # 2009-02497) on or
about July 27, 2008 closing out of A. Hubbard v

Kenneth A. Halles Jr. MD, by Illinois Department of Financial and Proffessional Regulations. use of St. Marys Hospitals SSI application of Nicholson signed by Lellie Mae Everett (Croom) and complaintant by use of Gilbert B. Croom (PHI) protected health information of bracelts in the gums inside uppes, and bottoms, being whereas by the bracelts being used as a lead lead (acetate), a sugar whereas by a fifth enough to kill

(whereas by a distinctive marking of a erasing of a 1 representing a fifth of sugar being enough to kill, a lead (acetate) v Scott Air Force base, and Ft. Leonard Wood, and a 2nd 7 B I agent (1st in Rush City Illinois) whereas by the 2nd playing Sports, and heroheeing, whereas being a toxic agent of the O W G (Orr Weather Gangsters) Gilbert B. (Jokes) Croom   crew + staff of the President Riverboat of St. Louis Mo. Whereas by in David R. Herndon, and Magistrate Judge Donald G. Wilkerson v Herndon in 3:16-cv-00648-DRH-DGW

again see Harold Shipman, whereas by v Preston Crown Court

prosecutors in "Playing God" "In God We Trust" Ben Franklin "the giver of Life or death" in Herndon v Herndon in 3:16-cv-00648-DRH-DGW Rule 60 (b) Relief from a Judgment Order on

Motion and just terms, the Court may relieve a party or its legal representative from a final judgment, order, or proceeding for the above reasons

Charles M. Everett
Charles M. Everett

"OFFICIAL SEAL"
NICOLE KREITER
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES MAR. 28, 2017

June 20, 2016

1223
West Main
apt a

Belleville
Illinois
62220